Vacated and Remanded and Memorandum Opinion filed October 25, 2007








Vacated and
Remanded and Memorandum Opinion filed October 25, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00335-CV

____________

 

IRA and GEORGE ANN HELD, Appellants

 

V.

 

ALLSEL CORPORATION, HILLCREST FOSTER INVESTMENTS,
L.P., and the ESTATE OF LUTHER ALLEN, DECEASE, Appellees

 



 

On Appeal from the
212th District Court

Galveston County,
Texas

Trial Court Cause
No. 05-CV-0163

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 21, 2007.  On October 15, 2007, the
parties filed a joint motion to set aside the trial court=s judgment and to remand the cause to
the trial court for entry of a take nothing judgment.  See Tex. R. App. P. 42.1.  The motion is
granted.








Accordingly,
without regard to the merits, we vacate the trial court=s judgment and remand the cause to
the trial court for rendition of a take nothing judgment, in accordance with
the parties= settlement agreement.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed October
25, 2007

Panel consists of Justices Yates, Fowler, and Guzman.